IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

GOLLAHON,                                        )
                                                 )
            Plaintiff,                           )
                                                 )
v.                                               )         Civil Action No. 1:07-cv-308 (LO/TCB)
                                                 )
D.R. HORTON, INC., *et al.*,                     )
                                                 )
            Defendants.                          )

## ORDER

        It is hereby


        ORDERED that the Final Pretrial Conference scheduled for Thursday, August 16,

2007, at 11:00am is continued to Thursday, August 30, 2007, at 11:00am before this Court.



        ENTERED this 19th day of July, 2007.


                                        _____/s/_____
                                        Liam O'Grady
                                        United States District Judge


Alexandria, Virginia